1072

[No. 32701-1-I.   Division One.   March 11, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RUBEN ·
ROCHA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-04727-2, Jim Bates, J., entered April 16,
1993. *Affirmed* by unpublished opinion per Baker, J.,
concurred in by Coleman and Webster, JJ.

[No. 33302-0-I.   Division One.   March 11, 1996.]

THE STATE OF WASHINGTON, *on the Relation of
Steven M. Miska, Respondent*, v. FRED BONNER,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-15304-0, Marsha J. Pechman, J., entered
August 27, 1993. *Reversed* by unpublished per curiam
opinion.

[No. 33651-7-I.   Division One.   March 11, 1996.]

JOE M. WLASIUK, *Respondent*, v. WHIRLPOOL
CORPORATON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-25960-7, Marsha J. Pechman, J., entered
July 30, 1993. *Affirmed* by unpublished opinion per Elling-
ton, J., concurred in by Baker, C.J., and Coleman, J. Now
published at 81 Wn. App. 163.

[Nos. 34890-6-I; 35220-2-I.   Division One.   March 11, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN
LAMARK MODEST, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. CARL
JUSTICE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-01114-2, Donald D. Haley, J., entered
July 6, 1994. *Affirmed in part* and *reversed in part* by un-
published opinion per Becker, J., concurred in by Webster
and Cox, JJ.